United States District Court
Southern District of Texas
FILED

AUG 2 6 2010

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CR. NO. H-10- |
| 1. MARCO ARTURO GARCIA, JR. | § | **H-10- 608** |
| 2. ANABELL GRANADOS GARCIA<br>   a.k.a. "MOM" | § § § | |
| 3. VICENTE ALBERTO BALDERAS<br>   a.k.a. "CHENTE" | § § | **UNSEALED<br>PER ORDER** |
| 4. JOSE OMAR GARCIA | § | |
| 5. ROEL ROBERTO GARCIA | § | |
| 6. JUAN MANUEL BECERRA | § | |
| 7. ROEL GARCIA<br>   a.k.a. "ROEL HINOJOSA GARCIA" | § § | |
| 8. JESUS MANUEL GARCIA | § | **FILED UNDER SEAL** |
| 9. JOSE ELIAS GARZA-MARTINEZ<br>   a.k.a. "TECA"<br>   a.k.a. "CHIQUIS"<br>   a.k.a. "TECATON" | § § § § | |
| 10. ALEJANDRO GARCIA<br>    a.k.a. "LA BOLA" | § § | |
| 11. LAURO ROCHA-HERNANDEZ<br>    a.k.a. "LA LEONA" | § § | |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
### (Conspiracy to Possess with the Intent to Distribute a Controlled Substance)

From on or about August of 2006, through the date of this Indictment, in the Southern District of Texas, and elsewhere,

> **MARCO ARTURO GARCIA, JR.**
> **ANABELL GRANADOS GARCIA a.k.a. "MOM"**
> **VICENTE ALBERTO BALDERAS a.k.a. "CHENTE"**
> **JOSE OMAR GARCIA**
> **ROEL ROBERTO GARCIA**
> **JUAN MANUEL BECERRA**
> **ROEL GARCIA a.k.a. "ROEL HINOJOSA GARCIA"**
> **JESUS MANUEL GARCIA**
> **JOSE ELIAS GARZA MARTINEZ a.k.a. "TECA" "CHIQUIS" "TECATON"**
> **ALEJANDRO GARCIA a.k.a. "LA BOLA"**
> **LAURO ROCHA-HERNANDEZ a.k.a. "LA LEONA,"**

defendants herein, did unlawfully, knowingly, and intentionally, combine, conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance. This violation involved more than 50 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

Original Signature on File

FOREPERSON OF THE GRAND JURY

**JOSE ANGEL MORENO**
**UNITED STATES ATTORNEY**
**SOUTHERN DISTRICT OF TEXAS**

By:

SHELLEY J. HICKS
Assistant United States Attorney
Southern District of Texas