AO 98 (Rev. 01/09) Appearance Bond (Modified 02/09)

UNITED STATES DISTRICT COU
SOUTHERN DISTRICT OF TEX
FILED

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

NOV – 1 2010

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    4:10-cr-608-4 |
| JOSE OMAR GARCIA | ) | |
| *Defendant* | ) | |

## DEFENDANT'S APPEARANCE BOND

To obtain the defendant's release, we jointly and severally agree to forfeit the following cash or other property to the United States of America if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter *(describe the cash or other property and any claim, lien, mortgage, or other encumbrance on it)*: $ 100,000.00 , and there has been deposited in the Registry of the Court the sum of $ 7,500.00  in cash.

*Ownership.* We declare under penalty of perjury that we are the sole owners of this property and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Exoneration of sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date:   10/ 2/2010                                       _____
                                                           Defendant's signature

X _____                X _____
        Co-Surety's signature Pablo Rodriguez          Co-Surety's signature Susanna Rodrig
                              Laredo, Tx                                     Laredo, Tx (Errier

Sworn and signed before me.

                                                           CLERK OF COURT

Date:   10/ 2/2010                                       _____
                                                           Deputy Clerk

                                       Approved.
                                       _____
                                       Dorina Ramos, U.S. Magistrate Judge