UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL NO: H-10-608S |
| v | § | |
| | § | |
| JOSE OMAR GARCIA | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A      SUPERSEDING INDICTMENT      has been returned against the defendant listed

below.

It is ORDERED that a warrant be issued for the arrest of said defendant.  Upon arrest and

appearance, a judicial determination shall be made as to detention or release on conditions.  The

United States Government recommends to the Court the following:

<u>Defendant</u>

JOSE OMAR GARCIA

☑ DETENTION

☐ RELEASED ON CONDITIONS

☐ APPEARANCE BOND IN THE
  AMOUNT OF: $

SIGNED at Houston, Texas, on      Nov 18 ,20 10 .

UNITED STATES MAGISTRATE JUDGE